**Order entered March 26, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00248-CV

### CONNIE MARIE MACINNES, Appellant

### V.

### DEBORAH BUTTS, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03784-I**

## ORDER

We **GRANT** appellant's February 28, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed on February 28, 2014 is deemed timely for jurisdictional purposes.

/s/     ADA BROWN
         JUSTICE